# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROBERT LEWIS and SUTTER CAPITAL
MANAGEMENT, LLC, on behalf of
themselves and all others similarly
situated,

    Plaintiffs,

-vs-               Case No. 6:07-cv-1245-Orl-22DAB

JAMES M. SENEFF, JR.; ROBERT A.
BOURNE; CNL REALTY
CORPORATION; and FF-TSY HOLDING
COMPANY II, LLC, formerly known as
Trustreet Properties, Inc.,

    Defendants.
___

## ORDER

This case is before the Court on FF-TSY Holding Company II, LLC's Motion to Dismiss the Second Amended Complaint (Doc. No. 77), and James M. Seneff, Jr.'s, Robert A. Bourne's and CNL Realty Corporation's Motion to Dismiss the Second Amended Complaint (Doc. No. 79), both filed October 17, 2008. The United States Magistrate Judge has submitted a report recommending that the motions be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Objection to the Report and Recommendation filed by Sutter Capital Management LLC and Robert Lewis (Doc. No. 95) and the responses to the Objection filed by the Defendants (Doc. Nos. 98 and 99), the Court agrees entirely with the findings of fact and

conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 10, 2009 (Doc. No. 94) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motions to Dismiss filed by Defendants (Doc. Nos. 77 and 79) are **GRANTED**. The Second Amended Complaint is dismissed with prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __18__ day of August, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party